In the Matter of the Probate of the Will of FANNIE REDWAY, Deceased.
EARL FENNER et al., Appellants; FRANK J. REDWAY, Respondent.

(Argued October 1, 1934; decided October 16, 1934.)

*Charles T. Major* for Mabel Taylor, appellant.

*Frederick A. Brown* for Earl Fenner, appellant.

*Russell Wright, Delos M. Cosgrove* and *James C. Dolan* for respondent.

Order affirmed, with costs to respondent payable out of the estate. No opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE and HUBBS, JJ.